UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

Bassam Hamzah

-V-

Mina Logistics LLC, et al

\# 21-cv-8664 (JFK)

---------------------------------X

The conference in this case is adjourned from December 22, 2021 to December 21, 2021 at 11:00 am in Courtroom 20-C

SO ORDERED.

Dated: New York, New York
11-22-21

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-22-21