UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021
```

BASSAM HAMZAH,

                Plaintiff,

-against-

MINA LOGISTICS LLC and "JOHN DOE", first and last names fictitious as real names are unknown,

                Defendants.

ORDER SCHEDULING CASE MANAGEMENT CONFERENCE

1:21-CV-8664 (JFK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for general pretrial supervision purposes (Doc. No. 8).

A Case Management Conference in this matter will be held on **Tuesday, February 8, 2022 at 11:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

      SO ORDERED.

Dated:  December 22, 2021
           New York, New York

*Katharine H Parker*

                          KATHARINE H. PARKER
                          United States Magistrate Judge