USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-27-22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ X
BASSAM HAMZAH,                     :

                                       :    No. 21 Civ. 8664 (JFK)
                  Plaintiff, :

                                       :             **ORDER**
   - against -                  :

                                       :
MINA LOGISTICS LLC, et al,    :

                  Defendants. :
------------------------------------ X

**JOHN F. KEENAN, United States District Judge:**

     The Plaintiff in the above captioned case has informed the Court that the parties intended for the March 2, 2022, Stipulation of Voluntary Dismissal (ECF No. 11) to dismiss this case, with prejudice, in its entirety. Accordingly, the Court respectfully directs the Clerk of Court to close the case.

**SO ORDERED.**

Dated:     New York, New York
            April 27, 2022

                                                   John F. Keenan
                                         United States District Judge